# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

NATHAN E. JACOBS )
)
)
Plaintiff, )
)
)
v. ) Civil Action No. 11-274 (RJL)
)
BUREAU OF PRISONS, *et al.*, )
)
Defendants. )
)

## ORDER

February 28, 2012

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that defendants' Motion to Dismiss in Part, or in the Alternative, for

Summary Judgment in Part [Dkt. #20] and that defendants' Motion to Dismiss, or in the

Alternative, for Summary Judgment of Plaintiff's "*Bivens*" Claims [Dkt. #26] are GRANTED;

and it is

FURTHER ORDERED that plaintiff's Motion for Amicus Curiae [Dkt. #28] and

Motions for Leave to File [Dkt. #36, 38-40] are DENIED.

This is a final appealable Order. *See* Fed. R. App. P. 4(a).

SO ORDERED.

RICHARD J. LEON
United States District Judge